**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff, | |
| v. | Case No: 02-249 (PAM/RLE) |
| | Date: 7/14/06 |
| JOSEPH WILLIAM HOWARD, JR., | Court Reporter: NA |
| | Tape Number: JSM MOM #4/550-824 |
| Defendant. | Time Commenced: 1:30 p.m. |
| | Time Concluded: 1:40 p.m. |
| | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Scott Tilsen

☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 5/4/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered
☐ denied

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is 7/17/06 at 2:00 p.m. before U.S. Magistrate Judge Jeanne Graham for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

☐ Detention Hearing Waived ☐ Preliminary Revocation Hearing Waived

Additional Information:

s/SK
Law Clerk