**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JEANNE GRAHAM |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-249(PAM) |
| | ) | Date: 7/17/06 |
| JOSEPH WILLIAM HOWARD, | ) | Court Reporter: Carla Bebault USDC |
| | ) | Tape Number: N/A |
| Defendant. | ) | Time Commenced: 2:05 pm |
| | | Time Concluded: 2:15 pm |
| | | Time in Court: 0 Hours & 10 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 0 MIN/10 MIN

APPEARANCES:
Plaintiff: Erika Mozangue
Defendant: Paul Engh

Interpreter / Language: N/A // ENGLISH

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☒ **Deft Ordered Detained - Govt to submit proposed order** ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ **Deft bound over to District Court of Minnesota; Preliminary Revocation Hearing waived.**
☐ Deft removed to charging district and ordered to appear

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: **Next appearance: Final revocation hearing before Judge Magnuson, 7/26/06, 11:00 a.m., CTRM 14W, MPLS**

s/M. Lenner
Signature of Judicial Asst.