# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

Joseph William Howard,

**FINAL REVOCATION OF SUPERVISED RELEASE NOTICE**

**Case Number Crim. 02-249 (PAM)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom 15E
300 South Fourth St.
Minneapolis, Minnesota 55415

**Before the Honorable Paul A. Magnuson on Tuesday, August 1, 2006 @ 10:00 A.M., for Final Revocation Supervised Release.**

RICHARD SLETTEN, CLERK

Dated: July 19, 2006

s/ Suzanne M. Ruiz
Suzanne M. Ruiz, Calendar Clerk

cc: Joseph Dixon - A.U.S.A.
Paul C. Engh
U.S. Marshal
U.S. Probation
U.S. Pretrial Services