A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED
06 JUL 21 PM 3:40

## District of Minnesota

2006 MAY -5 A 10: 39
MINNEAPOLIS, MN

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
MINN

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-249 PAM/RLE**

Joseph William Howard, Jr.

0641-0504-0903-D

2006 MAY -8 A 10: 13
RECEIVED
US MARSHALS SERVICE
MPLS MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Joseph William Howard, Jr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

May 4, 2006 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

_______________________________ _______________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 7-13-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______________

SCANNED
JUL 24 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04