**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Joseph William Howard, Jr.,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 02-249(1) PAM
Date: August 1, 2006
Court Reporter: Maria Weinbeck
Tape Number:
Time Commenced: 10:00 a.m.
Time Concluded: 10:30 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Joseph Dixon, Assistant U.S. Attorney
Defendant: Paul Engh 9 FPD : CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: Custody of Bureau of Prisons for 6 months. Upon release from confinement, the defendant shall resume the term of supervised release with the same terms and expiration date as originally imposed with 2 additional conditions: 1) CCC placement for up to 120 days; 2) Complete anger management counseling through Arrowhead Psychological if the defendant resides in Duluth, MN. If anger management counseling is available while defendant is incarcerated, the court recommends the defendant avail himself at that time as well.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk